# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14I0068.  THE STATE v. JAMES DANIEL PADGETT.**

The State has filed an application for interlocutory appeal, seeking to challenge the trial court's order granting James Padgett's motion to suppress.  An interlocutory application, however, was not necessary here.  The State may appeal directly from the grant of a motion to suppress evidence.  OCGA § 5-7-1 (a) (4); OCGA § 5-7-2; *State v. Felton*, 297 Ga. App. 35, 36 n.1 (676 SE2d 434) (2009).

This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicant has not otherwise filed a notice of appeal.  *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Accordingly, the State's application is hereby GRANTED.  The State shall have ten days from the date of this order to file a notice of appeal in the state court. If the State has already filed a notice of appeal below, it need not file a second notice. The clerk of the state court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/06/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*